

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| IN RE: | § | No. 08-18-00122-CV |
| | § | |
| SOUTHWEST REGION | | AN ORIGINAL PROCEEDING |
| CONFERENCE ASSOCIATION OF | § | |
| SEVENTH-DAY ADVENTISTS, | | IN MANDAMUS |
| NICHOLAS HERRERA, CALVIN | § | |
| WATKINS, STEPHEN BROOKS, | | |
| PHILIP PALMER, SAMUEL GREEN, | § | |
| TERRELL MCCOY, AND NANCY | | |
| JONES, | | |

RELATORS

## **<u>MEMORANDUM OPINION</u>**

Relators, Southwest Region Conference Association of Seventh-Day Adventists, Nicholas Herrera, Calvin Watkins, Stephen Brooks, Philip Palmer, Samuel Green, Terrell McCoy, and Nancy Jones, filed a mandamus petition against the Honorable Sergio H. Enriquez, Judge of the 448th District Court of El Paso County, Texas, to challenge Respondent's orders denying their special exceptions and their motions to dismiss for lack of standing and jurisdiction. The petition for writ of mandamus is denied.

Generally, mandamus relief is appropriate only to correct a clear abuse of discretion or to compel the performance of a ministerial duty, and where the relator has no adequate remedy by appeal. *In re Reece*, 341 S.W.3d 360, 364 (Tex. 2011)(orig. proceeding); *In re Prudential Insurance Company of America*, 148 S.W.3d 124, 135-36 (Tex. 2004)(orig. proceeding). The

burden is on relator to show it is entitled to mandamus relief. *See In re Ford Motor Company*, 165 S.W.3d 315, 317 (Tex. 2005)(orig. proceeding); *Walker v. Packer*, 827 S.W.2d 833, 837 (Tex. 1992)(orig. proceeding). After reviewing the mandamus record and the petition, we conclude that Relators have failed to show they are entitled to mandamus relief. Accordingly, we deny the petition for writ of mandamus.


September 12, 2018
                                        YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.